UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CORA E. CHESSON,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. MCHUGH, SECRETARY OF THE ARMY, ET AL.,<br><br>Defendants. | § § § § § § § § § § § § § CIVIL ACTION NO. 4:10-cv-1770 |

## ORDER

On this day, the Court considered Plaintiff's Request to Stay Proceedings (Doc. No. 11). After considering the foregoing motion and all responses thereto, the Court finds that the motion should be **GRANTED**.

**ACCORDINGLY, IT IS ORDERED** that this case be **STAYED** in its entirety pending exhaustion of Plaintiff's administrative remedies. Plaintiff shall notify the Court within twenty (20) days of receiving a final determination regarding her administrative claims.

Pending before the Court is Defendants' Response to Plaintiff's Motion to Stay Proceedings, or, Alternatively, Request for Enlargement [of Time] to Respond to Amended Complaint (Doc. No. 12). After considering the foregoing request for enlargement of time, the Court finds that the request should be **DENIED AS MOOT** because the Court has stayed the case pending exhaustion of Plaintiff's administrative remedies.

Pending before the Court is Defendants' Motion to Dismiss (Doc. No. 4). After considering the foregoing motion and all responses thereto, the Court finds that the motion should be **DENIED WITHOUT PREJUDICE** to refiling after Plaintiff has exhausted her administrative remedies.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 6th day of December, 2010.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.